IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
CHOOSE ONE    DIVISION
*(Select the Division in which the complaint is filed.)*

JOSEPH WALSH
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CITY OF PORTLAND OR
MAYOR TED WHEELER
PORTLAND POLICE BUREAU

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:17 CV 1899- PK

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: JOSEPH WALSH
   Street Address: 7348 S.E. DIVISION St.
   City and County: PORTLAND MULTNOMAH County
   State and Zip Code: OREGON 97206
   Telephone Number: (503) 946-8428
   E-mail Address: lonevet2008@comcast.net

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
    Name: CITY OF PORTLAND
    Job or Title (if known): CITY
    Street Address: 1221 S.W. 4th Avenue
    City and County: PORTLAND MULTNOMAH County
    State and Zip Code: OREGON 97204
    Telephone Number: (503) 823-4047
    E-mail Address (if known):

   Defendant No. 2
    Name: MAYOR TED WHEELER
    Job or Title (if known): MAYOR/POLICE COMMISSIONER
    Street Address: 1221 S.W. 4th Avenue
    City and County: PORTLAND MULTNOMAH County

2

State and Zip Code _OREGON 97204_
Telephone Number _(503) 823-4120_
E-mail Address
(if known)

Defendant No. 3
  Name _PORTLAND POLICE BUREAU_
  Job or Title _POLICE DEPARTMENT_
  (if known)
  Street Address _1111 S.W. 2ND AVENUE_
  City and County _PORTLAND MULTNOMAH County_
  State and Zip Code _OREGON 97204_
  Telephone Number _(503) 823-0000_
  E-mail Address _PORTLANDOREGON.gov/police_
  (if known)

Defendant No. 4
  Name
  Job or Title
  (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address
  (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FEDERAL CONSTITUTION, 1ST AMENDMENT RT. of ASSEMBLY PETITION the government

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON JUNE 4, 2017 I ATTENDED A LARGE PROTEST LOCATED IN CHAPMAN PARK, LOWNSDALE PARK AND IN FRONT OF CITY HALL. I AM A 75 YR. OLD VETERAN WHO IS ON 24/7 OXYGEN AND IS IN POOR HEALTH. I WAS ATTACKED WITHOUT NOTICE BY THE PORTLAND POLICE USING UNKNOWN CHEMICAL WEAPONS. I HAD TO BE REMOVED FROM THE PARK BEFORE PERMANENT DAMAGE WAS DONE TO ME.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM ASKING FOR A PERMANENT INJUNCTION AGAINST THE CITY OF PORTLAND IN THE USE OF CHEMICAL WARFARE AGAINST THEIR CITIZENS. BECAUSE OF THE SEVERITY OF THE ACTION TAKEN BY THE PPB I AM ASKING FOR $500,000. IN TOTAL DAMAGES.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/23, 20 17

Signature of Plaintiff
Printed Name of Plaintiff  JOSEPH WALSH

**B.   For Attorneys**

Date of signing: _____, 20____.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |