FILED16 JAN '18 10:53USDC-ORP

# Individuals for Justice Portland, Oregon

http:// IndividualsForJustice.com

*Joseph Walsh*
    *Plaintiff(s),*

*Case No.3:17-cv-01899-PK*

*v.*

*City of Portland, et al.*
    *Defendant(s).*

**Inappropriate contact by the Police Department:**

*I have been contacted by an investigator from the Police department on two occasions at my home concerning the above case and I want all contact from the Police to cease and desist. The name of the officer is L. Perez and the contacts were made on 1/09/2018 and 1/11/2018 by land line to my home, and recorded. They both indicate the police are looking for any information about this civil case against them and are using their ability to contact me at my home.*

*The City Attorney would be the representative for the city in this case and a reasonable person would expect the CA to represent the other two parties in this case. I will send copies to the City Attorney in order to fulfill any notification requirement. I have received no assignments of council by the City or Mayor Wheeler at this time, but want this notice to be made part of the record.*

*2 of 2*

*I find the actions of the police department to be contrary to good order, not to mention a violation of law. I ask your Honor to notify the police department that they are to have no contact with me concerning this case or any related matter dealing with this case. I further ask that the police department be instructed on the correct protocols when dealing with federal lawsuits.*

*At this point we would ask your honor to entertain the motion to bring in a representative of the Police Department and answer the question who instructed Police \Officer Perez to call a litigant at his home to intimidate him.*

*Cc. Citty Attorney (2 copies)*
*Police Department*

*Dated 1/11/2018*

*Joseph Walsh*
*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify than on __1-12-18__ , I made service of the following document:
_(date)_

__INAPPROPRIATE CONTACT__
_(document title)_

by placing a copy in a first-class postage paid envelope in __PORTLAND__ for
_(city)_

delivery by U.S. mail to the address(es) set forth below:

__OFFICE OF THE CLERK__
_(name)_

Counsel for: __JOSEPH WALSH__
_(name of party)_

__UNITED STATES DISTRICT COURT__
_(mailing address)_
__DISTRICT OF OREGON__
__740 UNITED STATES COURTHOUSE__

__/s/ JWal__
_(signature)_

__JOSEPH WALSH__
_(name)_

__7348 S.E. DIVISION ST.__
_(address)_
__PORTLAND OR 97206__